**INSTITUTE FOR JUSTICE**
ELIZABETH L. SANZ (CA Bar No. 340538)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600

* *Pro hac vice* motions to be filed

Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR, <br><br>*Plaintiffs*,<br><br>v.<br><br>FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as the Attorney General of the United States <br><br>*Defendants*. | Case No.: **'25CV0886 AJB DDL** <br><br>**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Plaintiff Novedades y Servicios, Inc. does not have any parent corporations, and no publicly held company owns 10% or more of its stock.

Dated: April 15, 2025                                   Respectfully submitted,

/s/ Elizabeth L. Sanz

| | |
|---|---|
| Jeffrey Rowes (TX Bar No. 24104956)* | Elizabeth L. Sanz (CA Bar No. 340538) |
| INSTITUTE FOR JUSTICE | INSTITUTE FOR JUSTICE |
| 816 Congress Ave., Suite 970 | 901 N. Glebe Road, Suite 900 |
| Austin, TX 78701 | Arlington, VA 22203 |
| (512) 480-5936 | (703) 682-9320 |
| jrowes@ij.org | bsanz@ij.org |
| Katrin Marquez (FL Bar No. 1024765)* | Robert E. Johnson (DC Bar No. 1013390)* |
| INSTITUTE FOR JUSTICE | INSTITUTE FOR JUSTICE |
| 2 South Biscayne Blvd., Suite 3180 | 16781 Chagrin Blvd., Suite 256 |
| Miami, FL 33131 | Shaker Heights, OH 44120 |
| (305) 721-1600 | (703) 682-9320 |
| kmarquez@ij.org | rjohnson@ij.org |

*Pro Hac Vice* Motions to be filed

*Attorneys for Plaintiffs*