UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, et al., <br><br> Defendants. | Case No.: 25-CV-886 JLS (DDL) <br><br> **ORDER (1) SETTING BRIEFING SCHEDULE AND (2) SETTING HEARING** <br><br> (ECF No. 8) |

Presently before the Court is Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar's Motion for a Temporary Restraining Order ("Mot.," ECF No. 8), filed on April 16, 2025. That same day, Defendant United States of America indicated an intent to oppose the temporary restraining order, seeking a response deadline of Friday, April 25, 2025. ECF No. 9 at 2. Defendant's request is noted, but the Court **SETS** a briefing schedule and hearing on Plaintiffs' Motion as follows:

///

Defendants **SHALL** respond to the Motion <u>on or before Friday, April 18, 2025, at 5:00 p.m. PDT</u>.  Plaintiffs **MAY** file a reply, if any, in support of their Motion <u>on or before Saturday, April 19, 2025, at 5 p.m. PDT</u>.  The Court **SETS** a hearing on the Motion for <u>Tuesday, April 22 2025, at 9:30 a.m. PDT</u>, in Courtroom 4D of the Edward J. Schwartz United States Courthouse.

**IT IS SO ORDERED.**

Dated:  April 17, 2025

Hon. Janis L. Sammartino
United States District Judge