ADAM GORDON
United States Attorney
KATHERINE L. PARKER
Assistant U.S. Attorney
California Bar No. 222629
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7634
Fax: (619) 546-7751
Email: Katherine.Parker@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasure; and PAM BONDI, in her official capacity as the Attorney General of the United States, <br><br> Defendants. | Case No.: 25-cv-0886-JLS-DDL <br><br> **NOTICE REGARDING ADMINISTRATIVE RECORD** <br><br> Hon. Janis L. Sammartino |

Defendants give notice that the Administrative Record to be filed on April 25, 2025 in accordance with the Court's order will not include non-public portions of the record, such as material protected from release by statute and privileged material. Defendants believe such information is not necessary for a ruling on Plaintiffs' motion for preliminary injunction. Undersigned counsel informed Plaintiffs' counsel of this via video meeting this morning.

DATED: April 24, 2025

Respectfully submitted,

ADAM GORDON
United States Attorney

*/s/ Katherine L. Parker*
KATHERINE L. PARKER
Assistant United States Attorney

Attorneys for Defendant
United States of America