Case 3:25-cv-00886-AJB-DDL    Document 32    Filed 04/15/25    PageID.986 Page 2 of 2
Case 3:25-cv-00886-AJB-DDL    Document 32    Filed 04/05/25    PageID.1309 Page 2 of 2
AO 441    Summons in a Civil Action                                                                                        (Page 2)

**Civil Action No.** 25-cv-00886-AJB-DDL                          Date Issued: 4/15/25

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Andria Gacki - Director of Financial Crimes Enforcement Network was received by me on *(date)* 4-16-2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: I sent a copy of the summons and complaint by U.S. Certified Mail, to Andrea Gacki - Director of Financial Crimes Enforcement Network on 4-16-2025 from Wichita, KS. Certified Mail #9589071052702916310713

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 4-18-2025

*Server's Signature*

Sean O'Callaghan, San Diego County Process Server RPS#1979
*Printed name and title*

3111 Camino Del Rio N. Ste. 400A, San Diego, CA 92108
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

