Case 3:25-cv-00886-AJB-DDL    Document 36    Filed 04/15/25    PageID.994 Page 2 of 2
Case 3:25-cv-00886-AJB-DDL    Document 36    Filed 04/15/25    PageID.994 Page 2 of 2

AO 441    Summons in a Civil Action                                                                                          (Page 2)

**Civil Action No.** 25-cv-00886-AJB-DDL                                    Date Issued: 4/15/25

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* U.S. Department of Treasury

was received by me on *(date)* 4-16-2025.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of the individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: I sent a copy of the summons and complaint by U.S. Certified Mail, to U.S. Department of Treasury on 4-16-2025 from Wichita, KS. Certified Mail #9589071052702916310706

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: 4-18-2025

*Server's Signature*

Sean O'Callaghan, San Diego County Process Server RPS#1979
*Printed name and title*

3111 Camino Del Rio N. Ste. 400A, San Diego, CA 92108
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20220

Certified Mail Fee $4.85
$ $0.00
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)      $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required         $ $0.00
☐ Adult Signature Restricted Delivery $
Postage $2.59
$
Total Postage and Fees
$ 7.44

Sent To U.S. Department of Treasury
Street and Apt. No., or PO Box No. 1500 Pennsylvania Ave NW
City, State, ZIP+4® Washington, DC 20220

Postmark Here 04/16/2025

9589 0710 5270 2916 3107 06

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions