AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC. and ESPERANZA GOMEZ ESCOBAR<br>*Plaintiff*<br>v.<br>FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as the Attorney General of the United States<br>*Defendant* | Case No. 3:25-cv-00886-JLS-DDL |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae MONEY SERVICES BUSINESS ASSOCIATION, INC.

Date: May 2, 2025

*/s/Ava Sadeghi*
*Attorney's signature*

Ava Sadeghi (SBN 329352)
*Printed name and bar number*

BUCHALTER, A PROFESSIONAL CORPORATION
655 W. Broadway, Suite 1600
San Diego, CA  92101-8494
*Address*

asadeghi@buchalter.com
*E-mail address*

(619) 219-6325
*Telephone number*

*FAX number*