INSTITUTE FOR JUSTICE
ELIZABETH L. SANZ (CA Bar No. 340538)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
* *Pro hac vice* motions pending

THE VORA LAW FIRM, P.C.
Nilay U. Vora (SBN 268339)
Jeffrey Atteberry (SBN 266728)
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> *Defendants*. | Case No.: 3:25-cv-00886-JLS-DDL <br><br> **PLAINTIFFS' NOTICE OF AMENDED DECLARATION IN SUPPORT OF MOTION FOR A PRELIMINARY INJUNCTION** <br><br> Date: May 15, 2025 <br> Time: 9:00 a.m. PDT <br> Courtroom: 4D <br> Judge: Hon. Janis L. Sammartino |

1

Plaintiffs respectfully submit the Amended Declaration of Andres Payan, Jr. (ECF 22-3). In reviewing his records, Mr. Payan realized that he made a miscalculation. Accordingly, Mr. Payan has executed an amended declaration dated May 11, 2025, with corrections made to paragraphs 14, 28, and 29.

Dated: May 11, 2025

Respectfully submitted,

**INSTITUTE FOR JUSTICE**

/s/ Elizabeth L. Sanz

Elizabeth L. Sanz (CA Bar No. 340538)
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org

Robert E. Johnson (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

Jeffrey Rowes (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org

Katrin Marquez (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

*Admitted *Pro Hac Vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*