**INSTITUTE FOR JUSTICE**
ELIZABETH L. SANZ (CA Bar No. 340538)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
* *Pro hac vice* motions pending

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
Jeffrey Atteberry (SBN 266728)
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> *Defendants*. | Case No.: 3:25-cv-00886-JLS-DDL <br><br> **AMENDED DECLARATION OF ANDRES PAYAN, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

1

I, Andres Payan, Jr., being of competent mind, declare as follows:

1.      I am a United States citizen and a resident of El Paso, Texas. I am 42 years old.

2.      I am the manager of Payan's Fuel Center, Inc. ("Payan's"), a Texas corporation. I have authority to speak for Payan's.

3.      Payan's is located at 2901 E. Paisano Dr., El Paso, TX 79905.

4.      Payan's is a gas station and convenience store. It was established in 1982 and has been the family business ever since. My father, Andres Payan, Sr., is the sole shareholder of Payan's, as was his father before him.

5.      Payan's is a Money Services Business ("MSB") registered with the federal Financial Crimes Enforcement Network ("FinCEN").

6.      Payan's offers check cashing services.

7.      Because it is located in zip code 79905, Payan's is subject to FinCEN's March 14, 2025 geographic targeting order (the "Border GTO") requiring currency transaction reports ("CTRs") for cash transactions over $200.

8.      I offer this declaration because I want this Court to know how the federal government's $200 reporting requirement affects people outside of California. Currently, in Texas, a temporary restraining order prevents FinCEN from enforcing the Border GTO against just ten businesses in Texas. Like most Texas MSBs, Payan's is not one of those businesses protected by the TRO, so we have been dealing with the requirements of the Border GTO since it went into effect.

9.      Payan's is a small, independent business with a small staff. With my father's help I manage the day-to-day operations as well as human resources, my mother does our bookkeeping and accounting, and my sister does the ordering and is our supply chain manager.

10.     Payan's is located not far from downtown El Paso. The neighborhood is low income. A lot of the housing nearby is government housing. Neighborhood folks will cash their checks at Payan's. There are also a lot of industrial uses nearby, including

2

construction companies whose employees will come to Payan's to cash their checks.

11.     Payan's check cashing service is just a convenient service benefitting everyday people.

12.     Payan's earns revenue from the check cashing service itself in the form of commissions and fees. But because Payan's also offers convenience store products, Payan's also earns revenue on sales that happen alongside the check cashing.

13.     When they come in to cash their checks, customers often get gas or buy beverages, snacks, cigarettes, lottery tickets, and the like. It isn't just that the check cashing brings them into the store; it's also that the check cashing gives them immediate cash they can buy goods with. For these reasons, the check cashing service is an important part of our business.

14.     Typically, we cash about 1,800 checks per month, and the vast majority of those—about 1,566, or 87%—are for amounts over $200.

15.     I'd say that the average amount of checks we cash is about $400. Paychecks usually don't go over $1,800. For Payan's, a $2,000 check is a really big check. Checks over $3,000 are uncommon, and those checks are almost always tax refund checks. To my knowledge, Payan's has never cashed a check for over $10,000.

16.     The check cashing process is simple and takes just a few minutes: We take the check and ask for identification. We scrutinize the check, the identification, and the customer. We ask questions as we feel necessary, such as where they got the check, what it's for, the name of their boss, etc. If we don't trust it for some reason, we reject it. If all is fine, we make a note of the customer's identification number; have the customer endorse the check; and cash it.

17.     We heard about the Border GTO from our bank. It asked us if we wanted to discontinue offering check cashing services. But check cashing is an important part of our business, so we decided not to stop.

18.     Before the Border GTO went into effect, we had never filed a CTR. After the Border GTO, we were filing a CTR for nearly every check that we cash. But on April 25,

3

we stopped cashing checks with values over $200 altogether, because we cannot keep up with all the CTR filings. We will start cashing checks with values over $200 again once we catch up on the CTRs.

19.    From April 14, 2025, when the Border GTO went into effect, through April 25, 2025, we had to ask for information from our customers that we've never had to ask for before, such as their social security number. We are recording and storing more sensitive information than we ever have, and I fear this opens us up to new levels of risk.

20.    Also, I don't know if the federal government folks know this, but people don't just casually give out their social security numbers. In fact, I'm pretty sure the government suggests people guard their social security number. So when the local gas station check cashing service person asks for this sensitive information, people are suspicious and reluctant. And I don't blame them. Here at Payan's we are careful and would do our best to take care of customers' personal information. But if I were them, I wouldn't go giving my social security number to a convenience store operation just to cash a low dollar check, either.

21.    Also, people don't always know their social security number off the top of their head and they don't have it on them.

22.    Also, people don't want to wait in lines, and the lines get long when we have to ask for more information and explain everything.

23.    For these reasons, since the Border GTO went into effect, a lot of people are just walking out of our store. One person told me they'd just go open a bank account. Customers are smart, and they'll figure out where they can go to cash their checks without having to do all of this. In fact, the nearest MSB in a zip code not targeted by the Border GTO is a 15-minute drive away—customers can drive there to cash their checks without any of this hassle or risk.

24.    Since the Border GTO went into effect, and before last Friday, April 25, 2025, I estimate that we were losing about 35% of our check cashing business, along with the secondary revenue that comes along with it, such as for goods that check cashing customers

4

might buy. Now that we aren't accepting checks with a value over $200, we are also losing thousands of dollars a month in commission and fee revenue.

25.    Once you lose a customer, they might never come back. It's like your business now has a black flag over it. People can think, "I'm going to avoid that business because they asked for my sensitive personal information and wanted to report me to the government." Or, because we aren't cashing checks over $200 for now, they might think we just can't cash their checks anymore. How can a business survive without enough customers?

26.    Between April 14, 2025, and April 25, 2025, we were cashing checks with values over $200 and trying to get all the CTRs done. For the customers who did not walk out, the CTR process was taking up a ton of time. It takes time to explain to customers why the information is needed, then to gather and document the information, then to enter the information into a CTR.

27.    We estimate that we were spending approximately an extra 15 minutes per check cashing transaction complying with the Border GTO.

28.    If we never lost a check cashing customer, CTR filing would translate into about 392 hours per month of paperwork (1,566 checks times 15 minutes). That is about 98 hours a week, enough work for about 2.45 full-time employees. And there is nothing that Payan's gains from that increased work—only loss.

29.    Even with the decrease in customers, and even though we have paused cashing checks above $200, my family and I have been scrambling to keep up with CTRs. My mother, sister and I are all trying to fit in doing CTRs while we try to do the business. My mother is not being able to get to her bookkeeping. I am not being able to get to merchandising and human resources tasks. We have just been buried in CTRs. I have about 100 CTRs stacked up on my desk right now. My father cannot help with the CTRs because he is dyslexic, and we cannot risk making any mistakes. The consequences are too severe.

30.    This is a bad situation. I am very worried that, despite our best efforts, with this volume of paperwork and our staff stretched thin trying to comply, some mistakes will

5

be made, some CTRs could fall through the cracks. Even just a single late report could lead to a $1,400 penalty, and over $70,000 if the government thinks we willfully missed a CTR filing or something like that. I would have to work for free for a year to make up for one $70,000 fine.

31.    And FinCEN is no help. There is no direct line to contact the administrators of this program. I filled out a form on the FinCEN website to get help understanding how to submit our CTRs in batches, but no one called me back and no one responded. At least with the IRS I can pick up the phone and call, even if it takes 2 to 3 hours to get someone on the line.

32.    We are in the process of looking into software for filing the CTRs. Most of it, however, is exclusive to banking institutions.

33.    We may need to hire people just to process CTRs, but I'm not sure how much that will help. We have never hired someone with the intention of having them handle sensitive customer information like social security numbers or make high-stakes filings like CTRs. We think we would have to find someone with different qualifications than our typical employees, so that we felt like we could trust that person as we trust ourselves. Building that kind of trust with an employee can take some time, and we don't have time— we have to comply right now. And because my father, mother, sister and I do the essential tasks of the business, we cannot really offload our work onto our employees in order to make more time for all of these CTRs. And even if we could find a person to do CTRs full time, it would be costly, forcing us to raise prices, further alienating customers.

34.    My family and I rely on Payan's for our living. If it goes under, or if its revenue declines very much, my family and I will be financially ruined.

35.    I am also uncomfortable with turning over Payan's business records, including most of its customer information, even though the government does not suspect Payan's of any crime or have a warrant. We carefully protect the customer information we do collect and we consider it Payan's business information. Those records are Payan's, not the government's.

6

36.    We also believe the federal government is invading Payan's customers' financial privacy. These are small-dollar, everyday transactions by ordinary people the government wants to know about. I feel like the government is making Payan's participate in that violation of privacy.

37.    Payan's does not want to invade its customers' privacy. If the government ever got a warrant based on a real concern about actual crime, we would, of course, cooperate. Payan's has no desire to deal with criminals or protect criminals.

38.    Payan's just wants to stay in business, continuing to offer valuable services to regular people.

39.    The Border GTO has been the most serious threat to our business since the pandemic.

40.    If the Border GTO remains in place for 6 months, I expect Payan's will lose about 20% of its revenue. This means we will have to let people go. We will have to decrease our own salaries. We won't be able to weather any additional events beyond our control, such as an economic downtown. It's a very real threat to Payan's survival. And if Payan's survives the Border GTO, I fear that it will be hard to recover from the decreased business, because Payan's will have a reputation for demanding sensitive information and reporting their customers, average people, to the federal government.

41.    My parents are both high school graduates who sent my sister and me to college through their hard work keeping Payan's alive. We are honest businesspeople providing a valuable service to regular people. We are not cartel. Neither are our customers. This sudden and illogical crackdown on small dollar transactions is like in Mexico when the cartels come into your business and, if you don't pay the bribes every week, they break your windows. It feels like that, except it's the government.

1      I declare under penalty of perjury that the foregoing is true and correct.

2

3      DATED and SIGNED this 11th day of May 2025.

4

5                                                    _____

6                                                    Andres Payan, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        8