**INSTITUTE FOR JUSTICE**
ELIZABETH L. SANZ (CA Bar No. 340538)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
* Admitted *Pro hac vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
Jeffrey Atteberry (SBN 266728)
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> Defendants. | Case No.: 3:25-cv-00886-JLS-DDL <br><br> **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE OF THE PRELIMINARY INJUNCTION GRANT IN TEXAS CASE** |

1

Plaintiffs respectfully request that this Court take judicial notice of the transcript of the preliminary injunction hearing held before Judge Fred Biery of the U.S. District Court for the Western District of Texas on Monday, May 12, 2025 in *Texas Association for Money Services Businesses et al. v. Bondi et al.*, which challenges FinCEN's Border GTO on the same grounds as in this case. *See* Fed. R. Evid. 201(d) ("The court may take judicial notice at any stage in the proceeding."); *see also In re Icenhower*, 755 F. 3d 1130, 1142 (9th Cir. 2014) ("Judicial notice may be taken 'at any stage of the proceeding.'"). The transcript is attached to this request as Exhibit A. At the hearing, Judge Biery granted the preliminary injunction from the bench, enjoining the defendants and their agents and employees from enforcing the Border GTO against the plaintiffs. *See* Ex. A, Hearing Transcript at 245:17–22. Judge Biery ruled that the plaintiffs were likely to succeed on their claims. *Id.* at 245:12–14. A written opinion is forthcoming. *Id.* at 245:23.

Dated: May 14, 2025.                                Respectfully submitted,

**INSTITUTE FOR JUSTICE**

Katrin Marquez (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

/s/ Elizabeth L. Sanz
Elizabeth L. Sanz (CA Bar No. 340538)
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org

Robert E. Johnson (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

* Admitted *Pro hac vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

Jeffrey Rowes (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*