|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR, | Case No.: 25-CV-886 JLS (DDL) |
|---|---|
| Plaintiffs, | **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION SEEKING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| FINANCIAL CRIMES ENFORCEMENT NETWORK, et al., | (ECF No. 49) |
| Defendants. | |

Presently before the Court is Defendants' *Ex Parte* Application Seeking Extension of Time to Respond to the Complaint ("Appl.," ECF No. 49), to which Plaintiffs filed a Response ("Resp.," ECF No. 50). Defendants' current deadline for responding to the Complaint is June 16, 2025, but they seek a three-week extension to accommodate personnel changes within the United States Attorney's Office and to consult with the Department of Justice regarding litigation strategy. Appl. at 1. Plaintiffs do not oppose the extension request, but in their Response, they mention that the Parties have been

discussing scheduling proposals by which this case should proceed. Resp. at 2.

Good cause appearing, the Court **GRANTS** Defendants' *Ex Parte* Application. Defendants **SHALL FILE** an answer on or before July 7, 2025. Also, on or before July 7, 2025, the Parties **SHALL FILE** a joint proposed schedule addressing the Parties' respective positions concerning a schedule for dispositive motions and whether the Parties intend to forego discovery to expeditiously reach a final judgment.

**IT IS SO ORDERED.**

Dated: June 13, 2025

Hon. Janis L. Sammartino
United States District Judge