**INSTITUTE FOR JUSTICE**
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
ELIZABETH L. SANZ (CA Bar No. 340538)
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
* Admitted *pro hac vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
Jeffrey Atteberry (SBN 266728)
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*, <br><br> Defendants. | Case No.: 3:25-cv-00886-JLS-DDL <br><br> **JOINT PROPOSED SCHEDULE** |

Pursuant to the Court's Order of June 13, 2025, Plaintiffs hereby submit the parties' joint proposed schedule for this litigation. Because Plaintiffs seek relief under the Administrative Procedure Act, the parties believe that discovery is not necessary, and, instead, propose that the case be resolved on the following briefing schedule:

> July 30: Plaintiffs' Motion for Summary Judgment
>
> September 29: Defendants' Response and Cross-MSJ/MTD
>
> November 13: Plaintiffs' Response and Reply
>
> December 4: Defendants' Reply

Further, because Defendants will move to dismiss, rather than answer, the parties propose that Defendants' deadline to answer the Complaint be vacated.

Dated: July 7, 2025                             Respectfully submitted,

                                                **INSTITUTE FOR JUSTICE**

                                                /s/ Robert E. Johnson
**THE VORA LAW FIRM, P.C.**                     Robert E. Johnson (DC Bar No. 1013390)*
Nilay U. Vora (SBN 268339)                      16781 Chagrin Blvd., Suite 256
nvora@voralaw.com                               Shaker Heights, OH 44120
Jeffrey Atteberry (SBN 266728)                  (703) 682-9320
jatteberry@voralaw.com                          rjohnson@ij.org
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401                          Elizabeth L. Sanz (CA Bar No. 340538)
(424) 258-5190                                  901 N. Glebe Road, Suite 900
                                                Arlington, VA 22203
                                                (703) 682-9320
                                                bsanz@ij.org

                                                Jeffrey Rowes (TX Bar No. 24104956)*
                                                816 Congress Ave., Suite 970
                                                Austin, TX 78701
                                                (512) 480-5936
                                                jrowes@ij.org

                                                Katrin Marquez (FL Bar No. 1024765)*
                                                2 South Biscayne Blvd., Suite 3180
                                                Miami, FL 33131
                                                (305) 721-1600

kmarquez@ij.org

\* Admitted *Pro hac vice*

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*