1  ADAM GORDON
   United States Attorney
2  STEPHANIE SOTOMAYOR, IL SBN 6325877
   Assistant U.S. Attorney
3  Office of the U.S. Attorney
   880 Front Street, Room 6293
4  San Diego, CA 92101-8893
5  Tel/Fax: (619) 546-9590/7751
   Stephanie.Sotomayor@usdoj.gov
6
7  Attorneys for Defendants

8
                    **UNITED STATES DISTRICT COURT**
9
                   **SOUTHERN DISTRICT OF CALIFORNIA**
10

11 | NOVEDADES Y SERVICIOS, INC.; and | Case No.: 25-cv-0886-JLS-DDL
   | ESPERANZA GOMEZ ESCOBAR,        |
12 |                                  |
   |            Plaintiffs,           | **NOTICE OF APPEAL**
13 |                                  |
   |            v.                    | Hon. Janis L. Sammartino
14 | FINANCIAL CRIMES ENFORCEMENT    |
15 | NETWORK; ANDREA GACKI, in her   |
   | official capacity as Director of the |
16 | Financial Crimes Enforcement Network; |
   | U.S. DEPARTMENT OF THE          |
17 | TREASURY; SCOTT BESSENT, in his |
   | official capacity as Secretary of the |
18 | Treasury; and PAM BONDI, in her official |
   | capacity as the Attorney General of the |
19 | United States,                   |
   |            Defendants.           |
20

1. Defendants hereby provide notice of an appeal to the United States Court of Appeals for the Ninth Circuit from the Order granting Plaintiffs' Motion for Preliminary Injunction (ECF No. 47), entered on May 21, 2025. This order is appealable under 28 U.S.C. § 1292.

Dated: July 8, 2025        Respectfully submitted,

ANDREW GORDON
United States Attorney

*s/ Stephanie Sotomayor*
STEPHANIE SOTOMAYOR
Assistant U.S. Attorney

Attorneys for Defendants