UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR, <br><br> Plaintiffs, <br><br> v. <br><br> FINANCIAL CRIMES ENFORCEMENT NETWORK, et al., <br><br> Defendants. | Case No.: 25-CV-886 JLS (DDL) <br><br> **ORDER (1) SETTING BRIEFING SCHEDULE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT, AND (2) VACATING DEFENDANTS' DEADLINE FOR FILING AN ANSWER TO PLAINTIFFS' COMPLAINT** <br><br> (ECF No. 55) |

Presently before the Court is the Parties' Joint Proposed Schedule ("Joint Sched.," ECF No. 55). Having agreed that no discovery is necessary to reach a final judgment on the merits, the Parties propose a briefing schedule providing for cross-motions for summary judgment that runs through the end of this calendar year. *See* Joint Sched. Accordingly, the Court **SETS** the following briefing schedule:

Plaintiffs **SHALL FILE** their motion for summary judgment on or before July 30, 2025. Defendants **SHALL FILE** their opposition to Plaintiffs' summary judgment motion and their cross-motion for summary judgment or, alternatively, their motion to dismiss on or before September 29, 2025. Plaintiffs **SHALL FILE** their opposition to Defendants' summary judgment motion and **MAY FILE** a reply in support of Plaintiffs' summary

judgment motion, if any, <u>on or before November 13, 2025</u>. Defendants **MAY FILE** a reply in support of their summary judgment motion, if any, <u>on or before December 4, 2025</u>.

Further, because the Parties represent that Defendants intend to seek dismissal of this case on their cross-motion, the Court **VACATES** Defendants' July 21, 2025 deadline for filing an answer to Plaintiffs' Complaint.

**IT IS SO ORDERED.**

Dated: July 8, 2025

Hon. Janis L. Sammartino
United States District Judge