1  ADAM GORDON
   United States Attorney
2  STEPHANIE SOTOMAYOR, IL SBN 6325877
   Assistant U.S. Attorney
3  Office of the U.S. Attorney
   880 Front Street, Room 6293
4  San Diego, CA 92101-8893
   Tel/Fax: (619) 546-9590/7751
5  Stephanie.Sotomayor@usdoj.gov
6
7  Attorneys for Defendants
8
9                   UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR, | Case No.: 25-CV-0886-JLS-DDL |
| Plaintiffs, | **DECLARATION OF STEPHANIE A. SOTOMAYOR IN SUPPORT OF EX PARTE MOTION TO STAY** |
| v. | |
| FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as the Attorney General of the United States, | Hon. Janis L. Sammartino |
| Defendants. | |

23       I, Stephanie A. Sotomayor, hereby declare as follows:

24       1.     I am an assistant United States Attorney and counsel for the Defendants in the

25  above-captioned action.

26       2.     On July 7, 2025, the parties met and conferred regarding a Joint Proposed

27  Schedule for dispositive motions.

28       3.     To address the Court's concern noted in its July 17, 20205 Order [ECF No.

61]: the Court was not "wrong to rely on the representations made in the Joint Proposed Schedule," as this schedule seemed appropriate to the Government in light of the circumstances of the case at the time the parties agreed to it, during their telephonic meet and confer on July 7, 2025.

4.    Later that same day, I received notice that the Solicitor General authorized the Government's appeal of the Court's preliminary injunction order.

5.    In light of the appeal, the Government determined it was appropriate to seek a Motion to Stay the District Court proceedings.

6.    Following receipt of notice of authorization to appeal, I promptly communicated with counsel for Plaintiffs via email, on July 7, 2025, to relay this update and to discuss Plaintiffs' stance regarding a motion to stay the district court proceedings.

7.    On July 8, 2025, the parties met and conferred regarding the motion to stay via phone call, and later that day, via email; in the latter, Plaintiffs' counsel relayed that Plaintiffs were opposed to the motion to stay.

8.    Following the Government's July 8, 2025 filing of a Notice of Appeal [ECF No. 56], a Preliminary Injunction Schedule was issued by the Appeals Court on July 9, 2025.

9.    The Court of Appeals issued a Scheduling Order containing the following deadlines: the Government's Preliminary Injunction Opening Brief due on August 6, 2025; and the Plaintiffs' Preliminary Injunction Answering Brief due on September 3, 2025.

10.    Good cause exists to proceed ex parte because a standard noticed motion would trigger the default 28-day briefing schedule under Local Rule 7.1(e), thereby precluding resolution of the stay request before Plaintiffs' July 30, 2025 deadline to file its Motion for Summary Judgment. Moreover, the Government's opening brief in the parallel appellate proceedings is due August 6, 2025, and its responsive filing in this Court is currently due September 29, 2025. Proceeding on both tracks without a stay would require the parties to brief overlapping and potentially conflicting issues simultaneously in two forums. This would result in an unnecessary duplication of effort and a waste of resources

1    for both the parties and the Court. The requested ex parte stay seeks to preserve judicial

2    economy and avoid prejudicial inefficiencies.

3         11.    In an effort to avoid the need for an ex parte filing, the undersigned

4    communicated with Plaintiffs' counsel via email on July 17 and 18, 2025, to ask if Plaintiffs

5    were amenable to filing a Joint Motion requesting the Court to set an expedited briefing

6    schedule for a Motion to Stay—with the understanding that the Plaintiffs intended to oppose

7    the Government's Motion to Stay. Plaintiffs' counsel relayed that Plaintiffs would prefer to

8    oppose the stay under a non-expedited motion schedule.

9         I declare under penalty of perjury that the foregoing is true and correct to the best of

10    my knowledge and belief.

11         Executed on July 22, 2025

12

13                                    *s/ Stephanie Sotomayor*
                                STEPHANIE SOTOMAYOR
                                Assistant U.S. Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28