**INSTITUTE FOR JUSTICE**
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
ELIZABETH L. SANZ (CA Bar No. 340538)
ANDREW K. WARD (NY BAR NO. 5364393)*
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
* Admitted *pro hac vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
Jeffrey Atteberry (SBN 266728)
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

NOVEDADES Y SERVICIOS, INC., *et al.*,

*Plaintiffs*,

v.

FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*,

*Defendants*.

Case No.: 3:25-cv-00886-JLS-DDL

**JOINT STATUS REPORT**

The parties submit this joint status report and proposed schedule.

This case is a challenge to a reporting requirement issued by Defendant FinCEN called the Southwest Border GTO. On May 21, 2025, this Court issued an order pausing enforcement throughout the Southern District of California pending the conclusion of the litigation. Defendants took an interlocutory appeal, and the Court stayed the case pending resolution of the appeal. On July 13, 2026, the United States Court of Appeals for the Ninth Circuit affirmed. The mandate issued on September 4, 2026.

The parties agree that discovery is unnecessary and that the primary remaining steps in the case relate to summary judgment. Accordingly, the parties propose the following briefing schedule:

October 21, 2026: Plaintiffs' Motion for Summary Judgment

November 18, 2026: Defendants' Response to Plaintiffs' MSJ

December 7, 2026: Plaintiffs' Reply in Support of Plaintiffs' MSJ

February 5, 2027: Defendants' Motion for Summary Judgment

March 5, 2027: Plaintiffs' Response to Defendants' MSJ

March 26, 2027: Defendants' Reply in Support of Defendants' MSJ

Dated: September 24, 2026

Respectfully submitted,

**INSTITUTE FOR JUSTICE**

/s/ Robert E. Johnson
Robert E. Johnson (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org
Elizabeth L. Sanz (CA Bar No. 340538)
Andrew K. Ward (NY Bar No. 5364393)*
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org
award@ij.org

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

Jeffrey Rowes (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org

Katrin Marquez (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

* Admitted *Pro hac vice*

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

Adam Gordon
United States Attorney

/s/ Stephanie A. Sotomayor
Stephanie A. Sotomayor (IL Bar No. 6325877)
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
(619) 546-9590
Stephanie.sotomayor@usdoj.gov

*Attorneys for Defendant United States of America*