UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., et al.,<br>Plaintiffs,<br>v.<br>FINANCIAL CRIMES ENFORCEMENT NETWORK, et al.,<br>Defendants. | Case No.: 25-CV-886 JLS (DDL)<br>**ORDER (1) SPREADING THE MANDATE, (2) LIFTING STAY AND (3) ORDERING PARTIES TO MEET AND CONFER** |

Take notice that a mandate has issued by the United States Court of Appeals for the Ninth Circuit. *See* ECF No. 68. The Court stayed this action on July 28, 2025, pending an interlocutory appeal. *See generally* ECF No. 65. The Ninth Circuit affirmed on July 13, 2026. The Court **SPREADS** the mandate.

Also presently before the Court is the Parties' Joint Status Report ("Rep.," ECF No. 69). Having agreed that no discovery is necessary to reach a final judgment on the merits, the Parties proposed a briefing schedule for cross motions for summary judgment. Rep. at 2.

Good cause appearing, the Court **LIFTS** the stay. Upon consideration of the representations made in the Joint Status Report and based on the Civil Local Rules of this District, for good cause shown pursuant to Federal Rule of Civil Procedure 6(b), and in the

interest of justice and orderly proceedings, the Court **ORDERS** as follows:

The Parties **SHALL** meet and confer and file a renewed joint status report no later than fourteen (14) days after the date on which this Order is electronically docketed. The Parties **SHALL** request a briefing schedule in the following format:

1. Plaintiffs to file their motion for summary judgment on or before [DATE]. Plaintiffs' memorandum of points and authorities must not exceed twenty-five (25) pages.
2. Defendants to file their opposition and cross-motion for summary with a consolidated memorandum of points and authorities on or before [DATE]. Defendants' consolidated memorandum must not exceed forty (40) pages.
3. Plaintiffs to file their reply and opposition with a consolidated memorandum of points and authorities on or before [DATE]. Plaintiffs' consolidated memorandum must not exceed twenty-five (25) pages.
4. Defendants to file their reply on or before [DATE]. Defendants' memorandum of points and authorities must not exceed ten (10) pages.

Parties **SHALL** make every effort to avoid attaching the same exhibit more than once. In all other respects, Parties **SHALL** comply with all applicable Federal Rules of Civil Procedure and Civil Local Rules of this District.

**IT IS SO ORDERED.**

Dated: September 25, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge