UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., et al.,<br>Plaintiffs,<br>v.<br>FINANCIAL CRIMES ENFORCEMENT NETWORK, et al.,<br>Defendants. | Case No.: 25-CV-886 JLS (DDL)<br>**ORDER SETTING BRIEFING SCHEDULE FOR THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br>(ECF No. 71) |

Presently before the Court is the Parties' Joint Status Report (ECF No. 71). Having agreed that no discovery is necessary to reach a final judgment on the merits, the Parties propose a briefing schedule providing for cross-motions for summary judgment. *See* Joint Status Report. Accordingly, the Court **SETS** the following briefing schedule:

1. Plaintiffs **SHALL** file their motion for summary judgment on or before October 21, 2026. Plaintiffs' memorandum of points and authorities must not exceed twenty-five (25) pages.
2. Defendants **SHALL** file their opposition and cross-motion for summary with a consolidated memorandum of points and authorities on or before November 18, 2026. Defendants' consolidated memorandum must not exceed forty (40) pages.
3. Plaintiffs **SHALL** file their reply and opposition with a consolidated

memorandum of points and authorities on or before December 7, 2026. Plaintiffs' consolidated memorandum must not exceed twenty-five (25) pages.

4. Defendants **SHALL** file their reply on or before December 21, 2026. Defendants' memorandum of points and authorities must not exceed ten (10) pages.

Parties **SHALL** make every effort to avoid attaching the same exhibit more than once. In all other respects, Parties **SHALL** comply with all applicable Federal Rules of Civil Procedure and Civil Local Rules of this District.

**IT IS SO ORDERED.**

Dated: October 8, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge