**INSTITUTE FOR JUSTICE**
ROBERT E. JOHNSON (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
ELIZABETH L. SANZ (CA Bar No. 340538)
ANDREW K. WARD (NY BAR NO. 5364393)*
901 N. Glebe Rd., Suite 900
Arlington, VA 22203
(703) 682-9320
JEFFREY ROWES (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
KATRIN MARQUEZ (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
* Admitted *pro hac vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
Jeffrey Atteberry (SBN 266728)
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

NOVEDADES Y SERVICIOS, INC., *et al.*,

*Plaintiffs*,

v.

FINANCIAL CRIMES ENFORCEMENT NETWORK, *et al.*,

*Defendants*.

Case No.: 3:25-cv-00886-JLS-DDL

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Special Briefing Schedule Ordered

Judge: Hon. Janis L. Sammartino

Plaintiffs hereby move for partial summary judgment and request that the Court enter judgment in favor of Plaintiffs and against Defendants. The Court should declare that the initial Southwest Border GTO was unlawful because it was issued in excess of FinCEN's statutory under 31 U.S.C. § 5326, because it was issued without observance of procedure required by law, in that it was not preceded by a period of notice and comment as required by 5 U.S.C. § 553, and because it was arbitrary and capricious in violation of 5 U.S.C. § 706(2)(A). For the same reasons, the Court should vacate the initial Southwest Border GTO.

Dated: October 21, 2026

Respectfully submitted,

**INSTITUTE FOR JUSTICE**

/s/ Robert E. Johnson
Robert E. Johnson (DC Bar No. 1013390)*
16781 Chagrin Blvd., Suite 256
Shaker Heights, OH 44120
(703) 682-9320
rjohnson@ij.org

Elizabeth L. Sanz (CA Bar No. 340538)
Andrew K. Ward (NY Bar No. 5364393)*
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
bsanz@ij.org
award@ij.org

Jeffrey Rowes (TX Bar No. 24104956)*
816 Congress Ave., Suite 970
Austin, TX 78701
(512) 480-5936
jrowes@ij.org

Katrin Marquez (FL Bar No. 1024765)*
2 South Biscayne Blvd., Suite 3180
Miami, FL 33131
(305) 721-1600
kmarquez@ij.org

* Admitted *Pro hac vice*

**THE VORA LAW FIRM, P.C.**
Nilay U. Vora (SBN 268339)
nvora@voralaw.com
Jeffrey Atteberry (SBN 266728)
jatteberry@voralaw.com
201 Santa Monica Blvd., Suite 300
Santa Monica, CA 90401
(424) 258-5190

*Attorneys for Plaintiffs Novedades y Servicios, Inc. and Esperanza Gomez Escobar*