ADAM GORDON
United States Attorney
STEPHANIE SOTOMAYOR, IL SBN 6325877
Assistant U.S. Attorney
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893
Tel/Fax: (619) 546-9590/7751
Stephanie.Sotomayor@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC.; and ESPERANZA GOMEZ ESCOBAR,<br>Plaintiffs,<br>v.<br>FINANCIAL CRIMES ENFORCEMENT NETWORK; ANDREA GACKI, in her official capacity as Director of the Financial Crimes Enforcement Network; U.S. DEPARTMENT OF THE TREASURY; SCOTT BESSENT, in his official capacity as Secretary of the Treasury; and PAM BONDI, in her official capacity as the Attorney General of the United States,<br>Defendants. | Case No.: 25-CV-0886-JLS-DDL<br>**UNOPPOSED MOTION FOR ORDER MODIFYING SCHEDULING ORDER TO EXTEND REMAINING SUMMARY JUDGMENT DEADLINES**<br>Hon. Janis L. Sammartino |

The Defendants respectfully request an order modifying the summary judgment briefing schedule currently in place, by extending the three remaining deadlines by 60 days.

On October 8, 2026, the Court issued an order which, *inter alia*, set the parties' deadlines as follows:

- "Defendants **SHALL** file their opposition and cross-motion…<u>on or before November 18, 2026</u>;"
- "Plaintiffs **SHALL** file their reply and opposition…<u>on or before December 7, 2026</u>;" and

- "Defendants **SHALL** file their reply on or before December 21, 2026." ECF No. 72.

Plaintiffs filed their Motion for Summary Judgment on October 21, 2026. ECF No. 73. In the interim, the parties have engaged in discussions regarding a potential resolution of this matter through a stipulated judgment. While the parties have not yet reached an agreement, they remain optimistic that a resolution may be achieved. Defendants require additional time to evaluate the proposed terms and obtain the necessary internal review and approvals. Because approval of any stipulated judgment must proceed through various individuals, additional time is needed before Defendants can determine whether an agreement can be finalized.

Accordingly, the Defendants respectfully request an extension of time to file their respective opposition and replies to Plaintiffs' Motion for Summary Judgment. The requested extension will allow the parties to continue their settlement efforts and may conserve the resources of both the Court and the parties by potentially obviating the need for further briefing.

This request is made in good faith and not for purposes of delay. Counsel for Defendants conferred with counsel for Plaintiffs via email regarding this motion; counsel for Plaintiffs confirmed, via email dated November 13, 2026, that Plaintiffs did not oppose.

Accordingly, the Defendants respectfully request an order modifying the motion for summary judgment briefing schedule currently in place, by extending the remaining deadlines by 60 days, as follows:

| | **Former Dates** | **Amended Dates** |
|---|---|---|
| Defendants' opposition and cross-motion | November 18, 2026 | January 18, 2027 |
| Plaintiffs' reply and opposition | December 7, 2026 | February 5, 2027 |
| Defendants' reply | December 21, 2026 | February 19, 2027 |

Dated: November 13, 2026

Respectfully submitted,

ADAM GORDON
United States Attorney
*s/ Stephanie Sotomayor*
STEPHANIE SOTOMAYOR
Assistant U.S. Attorney
Attorneys for Defendants