UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEDADES Y SERVICIOS, INC., et al.,<br>Plaintiffs,<br>v.<br>FINANCIAL CRIMES ENFORCEMENT NETWORK, et al.,<br>Defendants. | Case No.: 25-CV-886 JLS (DDL)<br>**ORDER GRANTING UNOPPOSED MOTION FOR ORDER MODIFYING SCHEDULING ORDER**<br>(ECF No. 74) |

Presently before the Court is Defendants' Unopposed Motion for Order Modifying Scheduling Order to Extend Remaining Summary Judgment Deadlines ("Mot.," ECF No. 74). Defendants represent that the Parties have engaged in discussion regarding a potential resolution but require additional time to evaluate the proposed terms. Mot. at 2. They also represent that Plaintiffs do not oppose the Motion. *Id.* Good cause appearing, the Court **GRANTS** the Motion. The Court extends the summary judgment briefing schedule by 60 days as follows:

| | **Former Date** | **Amended Date** |
|---|---|---|
| Defendants' opposition and cross-motion | November 18, 2026 | January 18, 2027 |
| Plaintiff's reply and opposition | December 7, 2026 | February 5, 2027 |
| Defendants' reply | December 21, 2026 | February 19, 2027 |

**IT IS SO ORDERED.**

Dated: November 16, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge